# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00430-CV

**Sanadco Inc. a Texas Corporation; Mahmoud Ahmed Isba; Broadway Grocery, Inc.; Shariz, Inc.; Ruby & Sons Store, Inc.; and Rubina Noorani, Appellants**

**v.**

**Glenn Hegar, Individually and in his Official Capacity as Comptroller of Public Accounts; Office of Comptroller of Public Accounts for The State of Texas; and Ken Paxton, in his Official Capacity as Attorney General of The State of Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GN-13-004352, HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On April 27, 2015, the trial court denied appellants' Application for Temporary Restraining Order and Temporary Injunction. After filing a Motion for New Trial, appellants filed a Notice of Appeal on July 13. Appellants have since filed a motion in which they state, "It now appears that the judgment appealed from was not a final judgment because it was a denial of temporary orders, and not on the merits of the case, thus the appeal may not be pursued until a hearing on the merits is conducted."

The appeal is abated for thirty days from the date of this opinion, at which time appellants shall file a status report informing the Court of what progress has been made in the underlying proceeding.

Before Justices Puryear, Goodwin, and Bourland

Abated

Filed: August 27, 2015